**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOYD A. STEWART,                     ) | NO. EDCV 08-00530-VAP (MAN) |
| )  | |
| Petitioner,       ) | |
| )  | |
| v.                  ) | JUDGMENT |
| )  | |
| DEBRA DEXTER, WARDEN,                 ) | |
| )  | |
| Respondent.       ) | |
| _____) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 6, 2011    .

                              HONORABLE VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE